COURT OF APPEALS NUMBER: 05-14-01065-CR

PD-0891-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 5:32:51 PM
Accepted 7/17/2015 4:12:51 PM
ABEL ACOSTA
CLERK

IN THE

COURT OF CRIMINAL APPEALS

AT AUSTIN

ARTHUR FRANKLIN MILLER, JR.

VS.

THE STATE OF TEXAS

PETITION FROM THE FIFTH DISTRICT COURT OF APPEALS
DALLAS, TEXAS
COURT OF APPEALS NUMBER: 05-14-01065-CR

FIRST MOTION FOR EXTENSION OF TIME FOR
FILING PETITION FOR DISCRETIONARY REVIEW

JAY ETHINGTON
Attorney at Law
SBN #06692500
3131 McKinney Ave. Suite 800
Dallas, Texas 75204
214-740-9955
214-740-9912 (Fax)

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

CODY L. SKIPPER
Attorney at Law
SBN #24041928
3131 McKinney Ave. Suite 800
Dallas, Texas 75204
214-740-9955
214-740-9912 (Fax)

ATTORNEYS FOR APPELLANT

## FIRST MOTION FOR 30-DAY EXTENSION OF TIME FOR FILING PETITOIN FOR DISCRETIONARY REVIEW

*COMES NOW*, the appellant, Arthur Franklin Miller, Jr., by and through his attorneys of record, Jay Ethington and Cody L. Skipper, and files this his motion to extend time for filing Petition for Discretionary Review and in support of said motion will make known to the Court the following:

**I.**

The Court of Appeals overruled the timely Motion for Rehearing on June 19, 2015. The Petition for Discretionary Review is now due on July 20, 2015. However, due to unforeseen intervening circumstances, defense counsel is required to request a 30 day extension of time in which to prepare and file the Petition for Discretionary Review.

**II.**

Both counsel have just recently experienced unavoidable, significant interruptions in their professional work schedule such that additional time is now necessary to properly prepare and present the appropriate Petition for Discretionary Review.

*WHEREFORE PREMISES CONSIDERED*, Jay Ethington and Cody L. Skipper request a 30-day extension to file this Petition for Discretionary Review in the above-titled and numbered cause. No previous extensions have been requested or granted.

Respectfully Submitted,

x

/s/ Jay Ethington_____
Jay Ethington
SBN: 06692500
3131 McKinney Avenue
Suite 800
Dallas, Texas 75204
Tel: (214) 740-9955
Fax: (214) 740-9912
jay@jayethington.com

/s/ Cody L. Skipper_____
Cody Skipper
SBN: 06692500
3131 McKinney Avenue
Suite 800
Dallas, Texas 75204
Tel: (214) 740-9955
Fax: (214) 740-9912
jay@jayethington.com

## CERTIFICATE OF SERVICE

On this the 17th day of July, 2015, a copy of the foregoing Motion for 30-Day Extension to File Petition for Discretionary Review was sent via U.S. Mail to the District Attorney's Office of Collin County, Texas and to the State Prosecuting Attorney in Austin, Texas.

/s/ Jay Ethington_____          /s/ Cody L. Skipper_____
Jay Ethington                              Cody L. Skipper